UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROBERT GRIPPIN,

    Plaintiff,

v.                                Case No. 19-2588-HLT

THE BLAIR MILLING & ELEVATOR
COMPANY, INC.,

    Defendant.

## AMENDED SCHEDULING ORDER

On July 30, 2020, the parties filed a joint motion (ECF No. 21) to amend the scheduling order, entered on December 11, 2019 (ECF No. 10). For good cause shown, the scheduling order is amended accordingly:

| SUMMARY OF DEADLINES AND SETTINGS | |
|---|---|
| Event | Deadline/Setting |
| All discovery completed | **October 15, 2020** |
| All potentially dispositive motions (e.g., summary judgment) | **December 1, 2020** |
| Motions challenging admissibility of expert testimony | **December 1, 2020** |
| Proposed pretrial order due | **October 26, 2020** |
| Pretrial conference | **November 5, 2020 at 9:00 AM** |
| Trial | **August 16, 2021 at 9:00 AM** |

This amended scheduling order will not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated July 30, 2020, at Kansas City, Kansas.

<u>s/ James P. O'Hara</u>  
James P. O'Hara  
U.S. Magistrate Judge